# ORIGINAL

1 doreencruzind

2 LEONARDO M. RAPADAS
United States Attorney
3 KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
PHONE: 472-7332
6 FAX: 472-7334

7 Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

APR 1 1 2007 ᵖᵒᵛ

**MARY L.M. MORAN
CLERK OF COURT**

8

9

10 IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

11

12

13 UNITED STATES OF AMERICA,　　　) CRIMINAL CASE NO. **07 - 00038**
　　　　　　　　　　　　　　　　　 )
14 　　　　　　　　　 Plaintiff,　　 )　　　　**INDICTMENT**
　　　　　　　　　　　　　　　　　 )
15 　　　　　　 vs.　　　　　　　　 )　**THEFT OF GOVERNMENT PROPERTY**
　　　　　　　　　　　　　　　　　 )　　　　　[18 U.S.C. § 641]
16 DOREEN I. CRUZ,　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
17 　　　　　　　　　 Defendant.　　)
　　　　　　　　　　　　　　　　　 )

18

19 THE GRAND JURY CHARGES:

20 　　　　On or about and between January 2005 and February 2007, in the District of Guam, the

21 defendant, DOREEN I. CRUZ, willfully and knowingly did steal, embezzle and convert to her

22 own use goods, food items, and United States Currency which were property of the United States

23 having a value in excess of $1,000.00, said property had come into the possession and under the

24 care of DOREEN I. CRUZ by virtue of her employment at Burger King located on Andersen

25 //

26 //

27 //

28 //

1  AFB, Guam, said Burger King being a franchise owned and operated by the Army and Air

2  Force Exchange Service (AAFES), in violation of Title18, United States Code, Section 641.

3      DATED this //th day of April 2007.

4                                              A TRUE BILL.

5

6

7                                              Foreperson

8

9  LEONARDO M. RAPADAS
   United States Attorney
   Districts of Guam and NMI

10

11 By: _____

12     KRISTIN D. ST. PETER
       Special Assistant U.S. Attorney

13

   Approved by:

14

15

16 JEFFREY J. STRAND
   First Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

**Place of Offense:**

City       Hagåtña                **Related Case Information:**

Country/Parish _____       Superseding Indictment _____ Docket Number **07-00038**

Same Defendant _____    New Defendant \_\_\_\_x\_\_\_\_

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes \_\_\_\_\_ No \_\_X\_\_\_    **Matter to be sealed:** _____ Yes \_\_\_x\_\_\_ No

Defendant Name      \_\_DOREEN I. CRUZ_____

Alias Name           _____

Address             _____

                     \_\_\_Guam_____

Birthdate Xx/xx/19\_\_ SS# xxx-xx-0852 Sex \_F\_ Race \_\_\_\_ Nationality\_\_\_\_

**RECEIVED**

APR 11 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

SAUSA \_\_ Kristin D. St. Peter \_\_\_

**Interpreter:** \_\_X\_\_ No \_\_\_Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** \_\_1\_\_\_\_\_     \_\_\_\_\_ Petty \_\_\_\_\_ Misdemeanor \_\_X\_\_ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 4/10/07      Signature of AUSA: _____