RECEIVED
APR 12 2007
US MARSHALS SERVICE-GUAM

AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DOREEN I. CRUZ**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: **CR-07-00038** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | **302** |
| | Date and Time |
| Before: Honorable Joaquin V. E Manibusan, Jr. | **Tuesday, April 17, 2006 at 9:00 a.m.** |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) __**641**__

Brief description of offense:

Theft of Government Property - Count 1

**FILED**
DISTRICT COURT OF GUAM
APR 17 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

__**MARILYN B. ALCON, Deputy Clerk**__
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

__**April 11, 2007**__
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date   4/13/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS – Hazgate, GA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   4/13/07
             Date

*[signature]*
Name of United States Marshal

*[signature]*
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.