DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00038 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| DOREEN I. CRUZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **RAWLEN M. MANTANONA** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to April 12, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
  **U.S. Magistrate Judge**
**Dated: Apr 17, 2007**