# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00038					DATE: June 11, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori			Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos		Electronically Recorded: 11:04:16- 11:23:37
CSO: J. Lizama

**APPEARANCES:**

Defendant: Doreen I. Cruz				Attorney: Rawlen Mantanona
   Present   Custody   Bond   P.R.			   Present   Retained   FPD   CJA
U.S. Attorney: Kristin St. Peter			U.S. Agent:
U.S. Probation: Carmen O'Mallan			U.S. Marshal: T. Muna
Interpreter:						Language:

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: September 10, 2007 at 9:00 a.m.
- Draft Presentence Report due to the parties: August 6, 2007
- Response to Presentence Report: August 27, 2007
- Final Presentence Report due to the Court: September 3, 2007
- Defendant released.

NOTES: