**FILED**

DISTRICT COURT OF GUAM

JUN 1 1 2007

MARY L.M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00038 |
| Plaintiff, | ) | |
| | ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) | **A FELONY CASE BEFORE UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| DOREEN I. CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///

///

///

///

///

**ORIGINAL**

1  sentencing hearing at which the District Judge will decide whether to accept or reject any

2  associated plea agreement, and will determine and impose sentence.

3  DATED this ___ day of June 2007.

6  _____
   DOREEN I. CRUZ

7  Defendant

10  _____
    RAWLEN MANTANONA

    Attorney for Defendant

13  APPROVED:

15  _____
    KRISTIN ST. PETER

16  Special Assistant U.S. Attorney