CABOT
MANTANONA LLP
BankPacific Building 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

SEP 1 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00038 |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | **DATE** |
| DOREEN I. CRUZ | ) | |
| Defendant. | ) | |

The Parties hereto do hereby STIPULATE that the Sentencing hearing date set for September 10, 2007 at 9:00 a.m., be continued due to Defendant's counsel being ill. The parties further stipulate that the Sentencing hearing be rescheduled anytime between Friday, September 14, 2007 and Friday September 28, 2007, on the grounds that Defendant's attorney is currently in a lengthy civil trial in the Superior Court of Guam and is in recess during this period. Further, no member of Defendant's counsel is authorized or permitted to act as court appointed counsel pursuant to the District Court of Guam CJA plan.

CABOT MANTANONA LLP
*Attorneys for Doreen I. Cruz*

By: _____ FOR
RAWLEN M. T. MANTANONA

Date: 9/10/07

OFFICE OF THE UNITED STATES
ATTORNEY GENERAL

By: _____ K.S.P.
KRISTIN D. ST. PETER

Date: 9/13/07

By:

United States Attorney
District of Guam and CNMI

*[signature]*
**JEFFREY J. STRAND**
*First Assistant U.S.Attorney*

Date: 9/13/07

JVRA:scc
G:\Stacy\active clients\Cruz, Doreen I\Stipulation to Continue Sentencing Hearing Date.wpd