**CABOT**
**MANTANONA LLP**
BankPacific Building 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR CONTINUANCE** |
| vs. | ) | **OF SENTENCING HEARING** |
| | ) | |
| DOREEN I. CRUZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed the parties stipulation to continue the Sentencing hearing date set for September 10, 2007 at 9:00 a.m., and good cause appearing, IT IS HEREBY ORDERED that the Sentencing hearing be rescheduled to Wednesday, October 3, 2007, at 11:00 a.m.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Sep 18, 2007**