**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-07-00038-001          DATE: October 03, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Recorder: Leilani Toves Hernandez |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:45:47 - 10:06:05 |
| CSO: F. Tenorio | |

**APPEARANCES:**

Defendant: Doreen I. Cruz          Attorney: Rawlen Mantanona

    Present    Custody    Bond    P.R.          Present    Retained    FPD    CJA

| | |
|---|---|
| U.S. Attorney: Ben Beliles | U.S. Agent: Luis Rivera, Air Force Securitry Forces |
| U.S. Probation: Maria Cruz | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $4,831.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: