**FILED**
DISTRICT COURT OF GUAM

OCT 1 8 2007

**JEANNE G. QUINATA**
Clerk of Court

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for
the Districts of Guam and the NMI

Serial Number
001

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant:  Doreen I. Cruz          Address:   Yigo, GU 96929
          SSN:  XXX-XX-0852
          DOB:  XX-XX-1972

Court Imposing Judgment:   U.S. District Court of Guam
       Court Number:   CR-07-00038

Amount of Judgment:   $4,831.00
   Date of Judgment:   10-05-2007
  Entry of Judgment:   10-05-2007

Rate of Interest When Payment is Deferred by Court:   4.24%

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing: U.S. District Court of Guam & Department of Land Management

This notice was prepared and signed at U.S. Attorney's Office on this, the 18th day of October, 2007.

| Signature | Title |
|---|---|
| *(signed)* MARIVIC P. DAVID | Assistant U.S. Attorney (671) 472-7332 |

---

| UNITED STATES OF AMERICA, | CLERK'S OFFICE | U.S. DISTRICT COURT FOR THE DISTRICT OF GUAM SS. |

I CERTIFY, That the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

Date, OCT 18 2007

JEANNE G. QUINATA, Clerk.

By *(signed)* Marilyn B. Alcon, Deputy Clerk.